UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| DAVID STALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:17-cv-0060 |
| | ) | CHIEF JUDGE CRENSHAW |
| SAM BENNINGFIELD, ODDIE SHOUPE, DONNA DANIELS, and WHITE COUNTY, TN, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court are Plaintiff's Motion to Certify Class (Doc. No. 12) and Defendants' Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction (Doc. No. 13). For the reasons stated herein, Defendants' Motion to Dismiss is **GRANTED**, and Plaintiff's Motion to Certify Class is **DENIED** as moot.

Accordingly, this action is **DISMISSED**, and the Clerk is directed to close the file. The trial set for June 18, 2019, is **CANCELED.** This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE