UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

David Stall

                        Plaintiff,

v.                                            Case No.: 2:17−cv−00060

Oddie Shoupe, et al.

                        Defendant,

**ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/19/2018 re [38].

                                                            Keith Throckmorton, Clerk
                                                     s/ Althea Straughter, Deputy Clerk